ANNIE M. GREENE, Respondent, *v.* MARY A. GREENE, Appellant, Impleaded with Others.

*Greene* v. *Greene*, 174 App. Div. 882, affirmed.

(Argued December 13, 1918; decided January 7, 1919.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered June 15, 1916, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term in an action to foreclose a mortgage. The answer set up a defense of *res adjudicata*, alleging that in a prior action between the same parties it had been adjudged that the mortgage had been satisfied of record. (See 215 N. Y. 651.)

*Charles A. Webber* for appellant.

*Herbert C. Smyth, John W. Browne, Frederic C. Scofield* and *Roderic Wellman* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, CUDDEBACK, CARDOZO, POUND and ANDREWS, JJ.